**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| CHRISTINA LOPP,<br><br>Plaintiff,<br><br>v.<br><br>AMY SEMONES Guardian ad Litem,<br>JACOB LOPP,<br>UNKNOWN CLARK COUNTY OFFICIALS,<br>CLARK COUNTY CLERK OF THE CIRCUIT COURT,<br><br>Defendants. | ) | No. 4:25-cv-00201-TWP-KMB |

**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING ACTION, AND DIRECTING ENTRY OF FINAL JUDGMENT**

On September 9, 2026, the Magistrate Judge submitted her Report and Recommendation (Dkt. 23) recommending the dismissal of *pro se* Plaintiff Christina Lopp's action without prejudice for failure to prosecute. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby **adopts** it and **DISMISSES** this action **without prejudice** for failure to prosecute.

Final judgment consistent with this Entry will be issued under separate order.

**SO ORDERED**.

Date: September 28, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CHRISTINA LOPP
1305 Westview Drive
Borden, IN 47106

Madeline Leigh Richmond
Church Church Hittle & Antrim
mrichmond@cchalaw.com

Liberty L. Roberts
Church Church Hittle & Antrim
lroberts@cchalaw.com